```
McGREGOR W. SCOTT
United States Attorney
MARK J. McKEON
Assistant U.S. Attorney
MISDEMEANOR UNIT
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>JUSTIN DALE ROBERTS,<br><br>             Defendant.<br>_____ | CASE NO.: 1:06-MJ-00256<br><br>MOTION AND ORDER FOR<br>DISMISSAL OF INFORMATION |

The United States Attorney's Office, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to dismiss the Information against JUSTIN DALE ROBERTS without prejudice in the interest of justice.

                                                Respectfully submitted,

                                                McGREGOR W. SCOTT
                                                United States Attorney

DATED: June 15, 2007        By:   /s/ Mark J. McKeon
                                                MARK J. McKEON
                                                Assistant U.S. Attorney

<u>ORDER</u>

IT IS HEREBY ORDERED that the Information against JUSTIN DALE ROBERTS be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

**Dated:   June 15, 2007**                     **/s/ Dennis L. Beck**
                                              UNITED STATES MAGISTRATE JUDGE

Motion and Order to Dismiss                    2